UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**SUMMONS ISSUED**

-----------------------------------------------------------------X

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY a/s/o YURY
CHERKASSKY,

**Civil Action No.:**

**CV-12 2757**

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

JUN 0 1 2012

LONG ISLAND OFFICE

Plaintiff,

**Plaintiff Demands a**
**Trial by Jury**

-against-

UNITED STATES POSTAL SERVICE
and ALTAGRACIA ALMONTE,

**COMPLAINT**

**VITALIANO, J.**
**LEVY, M.**

Defendants.

-----------------------------------------------------------------X

Plaintiffs, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY a/s/o

YURY CHERKASSKY, by their attorneys, LAW OFFICES OF STUART D. MARKOWITZ,

P.C., as and for their Complaint, alleges the following upon information and belief:

## PARTIES

1. That at all times hereinafter mentioned, plaintiff STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY (hereinafter referred to as "STATE FARM"), is a
foreign corporation, with a principal place of business in Illinois.

2. That at all times hereinafter mentioned, plaintiff STATE FARM, was and still is an
insurance company duly authorized to transact the business of issuing automobile insurance
policies in the State of New York.

3. That at all times hereinafter mentioned, STATE FARM'S Subrogor YURY
CHERKASSKY (hereinafter referred to as "Subrogor"), was and still is a resident of the State of
New York.

4. Upon information and belief, at all times hereinafter mentioned, defendant UNITED
STATES POSTAL SERVICE (hereinafter referred to as "USPS") was and is a duly constituted
department of the United States Government.

5. That upon information and belief, at all times hereinafter mentioned, defendant
ALTAGRACIA ALMONTE (hereinafter referred to as "ALMONTE"), was and is a resident of

1

the State of New York.

## JURISDICTION

6.  Diversity jurisdiction of this Court is founded upon 28 U.S.C.1346(b) and 28 U.S.C. §2671-2680 as defendant USPS is being sued herein for actions committed by persons acting on behalf of the United States.

## VENUE

7.  Venue is proper in this District pursuant to 28 U.S.C.1391(a)(2), since a substantial number of the events or omissions giving rise to the claims herein occurred within this District or were committed here and the property that is the subject of the action is situated within this District.

## FACTS

8. That upon information and belief, at all times hereinafter mentioned, defendant USPS was and is a duly constituted department of the United States Government.

9. That upon information and belief, at all times hereinafter mentioned, defendant USPS was the registered owner of a United States Postal Service vehicle, bearing license plate number 8214009.

10. That upon information and belief, at all times hereinafter mentioned, defendant ALMONTE was the driver/operator of the United States Postal Service vehicle, owned by and registered to defendant USPS.

11. Prior to October 11, 2011, in the course of plaintiff's business, plaintiff STATE FARM issued an automobile insurance policy to Subrogor, insuring Subrogor's vehicle, a 2010 Subaru, bearing New York license plate FEJ3361.

## AS AND FOR A FIRST CAUSE OF ACTION

12. Plaintiff repeats, reiterates and realleges each and every allegation contained in the preceding paragraphs of this Verified Complaint numbered, "1" through "11" inclusive, with the same force and effect as though fully set forth herein at length.

2

13. That on or about October 11, 2011, the United States Postal Service vehicle bearing license plate number 8214009, which was being operated by defendant ALMONTE and which was owned by and registered to defendant USPS, struck the 2010 Subaru bearing license plate number FEJ 3361, which was owned by plaintiff's Subrogor.

14. That the motor vehicle owned by and registered to defendant USPS was at the time of the aforementioned automobile accident, being operated and driven by defendant ALMONTE, with the full knowledge, consent, permission, and authority of defendant USPS.

15. That defendant USPS knew or should have known that defendant ALMONTE would operate said motor vehicle in a reckless, careless, negligent, and dangerous manner.

16. That on or about October 11, 2011, defendant ALMONTE operated her vehicle in a careless, reckless and negligent manner in that she struck Subrogor's vehicle which was unoccupied and parked on Hunton Street, Staten Island, New York. A copy of the Police Report is attached hereto.

17. That the aforementioned incident on October 11, 2011, was caused solely by the carelessness, recklessness and negligence of defendants USPS and ALMONTE in the operation, use, and control of said automobile.

18. That the aforesaid damages were caused without any negligence on the part of Subrogor contributing thereto.

19. That plaintiff reserves the right to plead Res Ipsa Loquitur at the time of trial.

20. That solely as a result of the foregoing, plaintiff STATE FARM, pursuant to the provisions of its insurance policy, paid to Subrogor the sum of $4,845.50, all resulting from the negligence of defendants USPS and ALMONTE.

21. That by virtue of said payments, and in accordance with the provision contained in its insurance policy, plaintiff STATE FARM, became subrogated to all the rights of Subrogor to recover against defendants USPS and ALMONTE, for any and all sums of money paid under said policy.

22. Prior to the institution of this action, this claim was presented to defendant USPS for its review pursuant to 28 U.S.C. §2675.

23. That as a result of the foregoing, plaintiff STATE FARM, has been damaged in the sum of $4,845.50, no part of which has been paid, despite due demand therefor.

3

WHEREFORE, plaintiff STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY a/s/o YURY CHERKASSKY, demands judgment in its favor and against defendants, UNITED STATES POSTAL SERVICE and ALTAGRACIA ALMONTE, jointly and severally, in the amount of $4,845.50, together with interest thereon from October 11, 2011, including the costs and disbursements of this action.

Dated: Jericho, New York
       May 22, 2012

        Yours etc.,

        LAW OFFICES OF
        STUART D. MARKOWITZ, P.C.

        STUART D. MARKOWITZ, ESQ. (6817)
        Attorneys for Plaintiff
        575 Jericho Tpke., Suite 210
        Jericho, New York 11753
        (516) 935-3500
        e-mail: smarkowitz@markowitz-law.com

4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY a/s/o YURY
CHERKASSKY,

                       Plaintiff,

        -against-

UNITED STATES POSTAL SERVICE
and ALTAGRACIA ALMONTE,

                       Defendants.
-----------------------------------------------------------------X

Civil Action No.:

**ATTORNEY
VERIFICATION**

       STUART D. MARKOWITZ, ESQ., being an attorney duly admitted to practice before the Courts of the State of New York and fully aware of the penalties for perjury, hereby affirms as follows:

       1. Affirmant is the attorney for Plaintiff, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY a/s/o YURY CHERKASSKY, in the within action.

       2. Affirmant is fully familiar with the facts and circumstances involved in this matter from reviewing the file regarding the same maintained in our office.

       3. Affirmant has read the foregoing Verified Complaint and knows the contents thereof and the same are true to affirmant's own knowledge, except as to those matters therein stated to be alleged on information and belief, and as to those matters I believe them to be true.

       4. That affirmant's belief as to those matters therein not stated upon knowledge are based upon the correspondence, reports, statements, records and communications had with the plaintiff with regards to this action and which information is contained in the file maintained in our office.

       5. That the reason I make this affirmation instead of plaintiff's subrogor is because this is a subrogation action and plaintiff is a foreign corporation.

       6. I affirm that the foregoing statements are true under the penalties of perjury.

Dated:      Jericho, New York
             May 22, 2012

                                  STUART D. MARKOWITZ

New York State Department of Motor Vehicles
## POLICE ACCIDENT REPORT (NYC)
MV-104AN (5/04)

Page 1 of 1   Pages

☐ AMENDED REPORT

Precinct 122

Accident No. 7221105042

☐ Complaint   No. Injured ___   ☐ No. Killed ___   Not Investigated at Scene ☐   Left Scene ☐   Police Photos ☐ Yes ☐ No

Day of Week: TVE   Military Time: 1650   No. of Vehicles: 2   Reconstructed ☐

Accident Date: Month 7   Day 11   Year 11

VEHICLE 1
☒ VEHICLE 1 - Driver
☐ BICYCLIST   ☐ PEDESTRIAN   ☐ OTHER PEDESTRIAN

State of Lic.: N Y
Driver License ID Number: 937 842 299
Driver Name - exactly as printed on license: ALMONTE, ALTAGRACIA
Address (include Number & Street): 24 DENA COURT
City or Town: S. IRWIN   State: NY   Zip Code: 10756
Date of Birth: 5/18/79   Sex: F
Number of Occupants: 1
Name, exactly as printed on registration: USPS
Address (include Number & Street): 160 TOMPKINS AV
City or Town: S. IRWIN   State: NY   Zip Code: 10304
Plate Number: 8714009   State of Reg.: NY
Ticket/Arrest Number(s): N/A

VEHICLE 2 - Driver
State of Lic.: NY
Driver Name - exactly: E.
Apt. No.
Address (include Number & Street):
City or Town:   State:   Zip Code:
Date of Birth: Month ___ Day ___ Year ___   Sex:
Number of Occupants:
Name, exactly as printed on registration: CHEBROSKY, YURY   Sex: M
Address (include Number & Street): 53 HURTON ST   State: NY   Zip Code: 10304
Plate Number: FET 3361   State of Reg.: NY   Year: 2010   Vehicle Year & Make: SUGARD 4DSD
Ticket/Arrest Number(s): N/A

Check if involved vehicle is:
Section 1
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit;
☐ operated with an overdimension permit.

Check if involved vehicle is:
Section 2
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit;
☐ operated with an overdimension permit.

VEHICLE 1 DAMAGE CODES
Box 1 - Point of Impact
Box 2 - Most Damage
Enter up to three
more Damage Codes

VEHICLE 2 DAMAGE CODES
Box 1 - Point of Impact
Box 2 - Most Damage
Enter up to three
more Damage Codes

Vehicle By Towed: N/A   To:

VEHICLE DAMAGE CODING:
1-13. SEE DIAGRAM ON RIGHT.
14. UNDERCARRIAGE   17. DEMOLISHED
15. TRAILER   18. NO DAMAGE
16. OVERTURNED   19. OTHER

Circle the diagram below that describes the accident, or draw your own diagram in space #9. Number the vehicles.
Rear End   Left Turn   Right Angle   Right Turn   Head On
Sideswipe (same direction)   Left Turn   Right Turn

ACCIDENT DIAGRAM

Cost of repairs to any one vehicle will be more than $1000.
☐ Yes   ☐ No
☒ Unknown/Unable to Determine

Place Where Accident Occurred: ☐ BRONX ☐ KINGS ☒ NEW YORK ☐ QUEENS ☐ RICHMOND
Road on which accident occurred: HOLLY ST.
at 1) Intersecting street: HURTON ST.
or 2) ☐ Feet ☐ Miles ☐ N ☐ S ☐ E ☐ W of ___

Reference Marker   Coordinates (if available)
Latitude/Northing:
Longitude/Easting:

Accident Description/Officer's Notes: V EH STATED R/S SHE WAS PULLING OUT OF A SPOT & LOST CONTROL OF HER CAR AS SHE HIT V 2 WHICH WAS PARKED. P2 DID NOT WITNESS. THE SEATBELT CAME OFF AND HIT A CONE AND HIT THE REAR V 2 WHEEL WAS...

Names of all Involved: ALMONTE, ALTAGRACIA

By R M H

PARKED

Officer's Rank and Signature:
Print Name: C. ANYO

Tax ID No. 953632   NCIC No. D3030   Precinct 122   Post/Sector   Reviewing Officer: Stall   Date/Time Reviewed: 11/12/11 21:00

PERSONS KILLED OR INJURED IN ACCIDENT (Letter designation of persons killed or injured must correspond with letter designation on front).

| | | | | | | |
|---|---|---|---|---|---|---|
| A  Last Name | First | M.I | D  Last Name | First | | M.I |
| Address | | | Address | | | |
| Date of Birth<br>Month  Day  Year | Telephone (Area Code)<br>( ) | | Date of Birth<br>Month  Day  Year | Telephone (Area Code)<br>( ) | | |
| B  Last Name | First | M.I. | E  Last Name | First | | M.I. |
| Address | | | Address | | | |
| Date of Birth<br>Month  Day  Year | Telephone (Area Code)<br>( ) | | Date of Birth<br>Month  Day  Year | Telephone (Area Code)<br>( ) | | |
| C  Last Name | First | M.I. | Highway Dist. at Scene?  ☐ Yes  ☐ No<br>Name: | | | |
| Address | | | | | | |
| Date of Birth<br>Month  Day  Year | Telephone (Area Code)<br>( ) | | | | | Shield No. |

ENTER INSURANCE POLICY NUMBER FROM INSURANCE IDENTIFICATION CARD, EXPIRATION DATE (IN ALL CASES), AND VIN.

Vehicle No. 1 _____ SELF INSURED

Vehicle No.2 _____ PARKED

Expiration Date _____

Expiration Date _____

VIN _____

VIN _____

WITNESS (Attach separate sheet, if necessary)
Name _____    Address _____    Phone _____

DUPLICATE COPY REQUIRED FOR:

☐ Dept. of Motor Vehicles
   (if anyone is killed/injured)

☐ Motor Transport Division
   (P.D. vehicle involved)

☐ NYC Taxi & Limousine Comm.  ☐ Other City Agency
   (if a Licensed taxi or limousine      (Specify)
   involved)

☐ Office of Comptroller
   (if a city vehicle involved)

☐ Personnel Safety Unit
   (if a P.D. vehicle involved)

☐ Highway Unit _____

NOTIFICATIONS:  (Enter name, address, and relationship of friend or relative notified. If aided person is unidentified, list Missing Person Squad member who was notified. In either case, give date and time of notification.)

PROPERTY DAMAGED (other than vehicles)

OWNER OF PROPERTY (include city agency, where applicable)

IF NYPD VEHICLE IS INVOLVED:

| Police Vehicle-Operator's First Name | Last Name | | Rank | Shield No. | Tax I.D. No. | Command |
|---|---|---|---|---|---|---|
| Make of Vehicle | Year | Type of Vehicle | Plate No. | Dept. Vehicle No. | | Assigned To What Command |

Equipment in Use At Time of Accident

☐ Siren    ☐ Horn    ☐ Turret Light    ☐ 4-Way Flasher    ☐ High-Level Warning Lights    ☐ Traffic Cones    ☐ Headlights

ACTIONS OF POLICE VEHICLE

☐ Responding to Code Signal _____
☐ Pursuing Violator
☐ Other (Describe) _____

☐ Complying with Station House Directive
☐ Routine Patrol

MV-104AN (5/04)